IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH D. MORRISON, II, | : | No. 3:24-cv-0633 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WARDEN, SCI-COAL TOWNSHIP, | : | |
| Respondent | : | |

## ORDER

**AND NOW,** to wit, this _____ day of May 2024, in accordance with the Court's memorandum issued this same day and the filing fee having been paid, it is hereby **ORDERED** that:

1. The petition is **DEEMED FILED**.

2. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Judge